**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK GLINOGA,** | Case No.: 4:21-CV-09290-YGR |
| Plaintiff, | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| vs. | |
| **ROBINHOOD MARKETS, INC.,** *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable James Donato to consider whether it is related to *Fisher, et al. v. Robinhood Markets, Inc., et al*., Case No. 4:21-cv-08906.  Plaintiff has filed a motion to consolidate that indicates that this case arises out of the same or similar operative facts.  This motion to consolidate also identifies *Zullo, et al. v. Robinhood Markets, Inc*., Case No. 3:22-cv-00224 as a related action.

**IT IS SO ORDERED.**

Date: January 24, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**CC: HONORABLE JAMES DONATO**