| | |
|---|---|
| Allison Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>(650) 858-6007<br><br>Michael Bongiorno (*pro hac vice*)<br>michael.bongiorno@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>*Attorneys for Defendants Robinhood Markets, Inc.; Robinhood Crypto, LLC; Robinhood Financial LLC; Robinhood Securities, LLC* | Nicholas Armer (SBN 330577)<br>narmer@sirillp.com<br>SIRI & GLIMSTAD LLP<br>700 S Flower Street, Suite 1000<br>Los Angeles, CA 90017<br>(212) 532-1091<br><br>Mason A. Barney (*pro hac vice*)<br>mbarney@sirillp.com<br>Sonal Jain (*pro hac vice*)<br>sjain@sirillp.com<br>SIRI & GLIMSTAD LLP<br>200 Park Avenue, Seventeenth Floor<br>New York, NY 10166<br>(212) 532-1091<br><br>*Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM FISHER, et al., individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD CRYPTO, LLC;<br>ROBINHOOD FINANCIAL LLC;<br>ROBINHOOD SECURITIES, LLC, and<br>DOES 1-10,<br><br>                    Defendants. | Case No.: 3:21-cv-08906-JD<br><br>Related Cases: 3:21-cv-9290-JD; 3:22-cv-0224-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PENDING RULING ON MOTION TO CONSOLIDATE**<br><br>Hon. James Donato<br>Courtroom 11 – 19th floor<br>Complaint Filed: November 17, 2021 |

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendants Robinhood Markets, Inc.; Robinhood Crypto, LLC; Robinhood Financial LLC; Robinhood Securities, LLC respectfully submit this Stipulation to Stay Pending Ruling on Motion to Consolidate. This stipulated request is supported by the accompanying declaration of Allison Que.

WHEREAS, on January 28, 2022, this Court related this case with *Zullo et al. v. Robinhood Markets, Inc.*, No. 3:22-cv-0224-JD ("*Zullo*") and *Glinoga v. Robinhood Markets, Inc, et al.*, No. 3:21-cv-9290-JD ("*Glinoga*") (ECF No. 26);

WHEREAS, plaintiff in *Glinoga* had filed an unopposed motion to consolidate *Zullo* and *Glinoga* with this case and proposed a schedule for the filing of a consolidated amended complaint and defendants' response (3:21-cv-9290-JD, ECF Nos. 15, 24), and a hearing date on the Motion to Consolidate is scheduled for March 17, 2022;

WHEREAS, on January 26, 2022, the parties filed a stipulation to continue the initial case management conference in this matter, which is currently scheduled for February 17, 2022, and related deadlines (ECF No. 24);

WHEREAS, Defendants' response to the Complaint is currently due February 25, 2022 (ECF No. 21);

WHEREAS, counsel for Plaintiffs and Defendants have conferred regarding the most efficient way to proceed:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that

1. All pending dates in this matter, including but not limited to the time to respond to the Complaint, all discovery, and all dates set forth in the Order Setting Initial Case Management Conference and ARD deadlines (ECF No. 17), are stayed pending a ruling by this Court on the Motion to Consolidate in *Glinoga*;
2. If the Motion to Consolidate is denied, Defendants shall have 30 days from the Motion to Consolidate to file a response to the Complaint, and the parties shall inform the Court that a new Order Setting Initial Case Management Conference and ADR Deadlines should be issued based on the Court's availability;

3. If the Motion to Consolidate is granted and if Defendants decide to file a motion to dismiss the Consolidated Amended Complaint, Plaintiffs and Defendants agree that all discovery shall continue to be stayed pending a ruling by this Court on Defendants' motion to dismiss the Consolidated Amended Complaint.

Respectfully submitted,

Dated: February 3, 2022    WILMER CUTLER PICKERING, HALE AND DORR LLP

By: */s/ Allison Que*
Michael Bongiorno (*pro hac vice*)
Allison Que

*Attorneys for Defendants Robinhood Markets, Inc., Robinhood Crypto, LLC, Robinhood Financial LLC, Robinhood Securities, LLC*

Dated: February 3, 2022    SIRI & GLIMSTAD LLP

By: */s/ Nicholas Armer*
Nicholas Armer

*Attorneys for Plaintiffs*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____         _____
                                        Hon. James Donato
                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: February 4, 2022      By:   /s/ Allison Que
                                   Allison Que

## ATTORNEY ATTESTATION

I, Bingxue Que (aka Allison Que), am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: February 4, 2022      By:   /s/ Allison Que
                                   Allison Que