| | |
|---|---|
| Allison Bingxue Que (SBN 324044) | Mason A. Barney (*pro hac vice*) |
| allison.que@wilmerhale.com | mbarney@sirillp.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Elizabeth A. Brehm (*pro hac vice*) |
| 2600 El Camino Real, Suite 400 | ebrehm@sirillp.com |
| Palo Alto, California 94306 | Sonal Jain (*pro hac vice*) |
| (650) 858-6007 | sjain@sirillp.com |
| | SIRI & GLIMSTAD LLP |
| Alan Schoenfeld (*pro hac vice*) | 200 Park Avenue, Seventeenth Floor |
| Alan.Schoenfeld@wilmerhale.com | New York, NY 10166 |
| Michael Bongiorno (*pro hac vice*) | (212) 532-1091 |
| michael.bongiorno@wilmerhale.com | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | SHUB LAW FIRM LLC |
| 7 World Trade Center | Kevin Laukaitis (*pro hac vice*) |
| 250 Greenwich Street | 134 Kings Hwy E 2nd Floor |
| New York, NY 10007 | Haddonfield, NJ 08033 |
| (212) 230-8800 | Tel: (856) 772-7200 |
| | Email: klaukaitis@shublawyers.com |
| *Attorneys for Defendants Robinhood Markets, Inc.; Robinhood Crypto, LLC; Robinhood Financial LLC; Robinhood Securities, LLC* | HELD & HINES, LLP |
| | Philip M. Hines (*pro hac vice*) |
| | phines@heldhines.com |
| | Danielle A. Scott (*pro hac vice* forthcoming) |
| | 2004 Ralph Avenue |
| | Brooklyn, New York 11234 |
| | Tel: (718) 531-9700 |
| | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Robinhood Data Security Litigation | Case No. 3:21-cv-08906-JD<br><br>STIPULATION TO ADJUST CASE DEADLINES<br><br>Hon. James Donato<br>Courtroom 11 – 19th floor |

1

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendants Robinhood Markets, Inc.; Robinhood Crypto, LLC; Robinhood Financial LLC; Robinhood Securities, LLC ("Defendants") respectfully submit this Stipulation to Adjust Certain Case Deadlines and show as follows:

1. On April 28, 2022, the Court consolidated three related cases in this litigation, ordering Plaintiffs to file a consolidated complaint by May 30, 2022 and Defendants to file a response to the complaint by June 27, 2022, and requiring the parties to select a case management conference date in August 2022. In the same order, the Court also denied Plaintiffs' request to appoint interim class counsel without prejudice. ECF No. 30.

2. On May 25, 2022, Plaintiffs filed a renewed motion to appoint interim class counsel and noticed a hearing date for July 7, 2022 (ECF No. 31). Defendants took no position on that motion (ECF No. 33).

3. Plaintiffs filed their Consolidated Amended Complaint (ECF No. 34) on May 31, 2022.

4. Defendants filed a Motion to Dismiss the Consolidated Amended Complaint (ECF No. 38) on June 27, 2022, and noticed a hearing date for August 11, 2022.

5.     On July 6, 2022, Plaintiffs filed an unopposed motion (ECF No. 40) requesting an extension for Plaintiffs to file their opposition to Defendants' Motion to Dismiss from July 11, 2022, to July 29, 2022, an extension for Defendants to file their reply to Plaintiffs' Opposition from July 18, 2022 to August 26, 2022, and an extension of the hearing date for the Motion to Dismiss from August 11, 2022 to October 13, 2022.

6.     On July 7, 2022, the original date Plaintiffs noticed for their renewed motion to appoint interim class counsel, Plaintiffs filed their current Renewed Motion to Appoint Interim Class Counsel, and noticed a hearing date for August 11, 2022 (ECF No. 41).  Defendants again take no position on this Renewed Motion to Appoint Interim Class Counsel (ECF No. 45).

7.     On July 11, 2022, the Court extended the deadline for Plaintiffs to file their opposition to Defendants' Motion to Dismiss to July 29, 2022 and extended the deadline for Defendants to file the reply to August 26, 2022.  ECF No. 44.

8.     In light of the extended briefing schedule for the Motion to Dismiss, the parties have agreed to continue the hearing on Defendants' Motion to Dismiss to October 13, 2022, or as soon thereafter as is convenient for the Court.  ECF No. 40.

9.     The hearings for Defendants' Motion to Dismiss and Plaintiffs' Renewed Motion to Appoint Interim Class Counsel currently both remain on the Court's August 11, 2022 calendar.  ECF No. 46.

10. In the event that the Court prefers to keep the August 11, 2022 date on the calendar and holds a hearing on Plaintiffs' unopposed Renewed Motion to Appoint Interim Class Counsel on that day, Plaintiffs have proposed—and Defendants do not object—to also hold the initial case management conference on that same day, i.e., August, 11, 2022. In the alternative, if the Court decides to rule on Plaintiffs' Renewed Motion to Appoint Interim Class Counsel without a hearing, then the parties have agreed to hold the initial case management conference on October 13, 2022, the same day as the hearing for Defendants' Motion to Dismiss, or as soon thereafter as is convenient for the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that

1. The Motion to Dismiss Hearing currently scheduled for August 11, 2022 is continued until October 13, 2022, or as soon thereafter as is convenient for the Court and;
2. The initial case management conference shall be held on August 11, 2022, the same day as the hearing for Plaintiffs' Renewed Motion to Appoint Interim Class Counsel; or alternatively, October 13, 2022, the same day as the hearing for Defendants' Motion to Dismiss, or as soon thereafter as is convenient for the Court.

Dated:   July 21, 2022

        SIRI & GLIMSTAD LLP

        By:   /s/ Mason Barney
        Mason Barney (*pro hac vice*)
        Elizabeth A. Brehm (*pro hac vice*)
        Sonal Jain (*pro hac vice*)
        *Attorneys for Plaintiffs*

WILMER CUTLER PICKERING,
HALE AND DORR LLP

By:   /s/ Alan Schoenfeld
      Alan Schoenfeld (*pro hac vice*)
      Michael Bongiorno (*pro hac vice*)
      Allison Que

*Attorneys for Defendants Robinhood Markets, Inc., Robinhood Crypto, LLC, Robinhood Financial LLC, Robinhood Securities, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: July 26, 2022                    Respectfully submitted,

                                        By:  /s/ Mason Barney
                                             Mason Barney (*pro hac vice*)

## ATTORNEY ATTESTATION

I, Mason Barney, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: July 26, 2022                    Respectfully submitted,

                                        By:  /s/ Mason Barney
                                             Mason Barney (*pro hac vice*)