UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: October 13, 2022                                    Judge: Hon. James Donato

Time: 14 Minutes

Case No.      **3:21-cv-08906-JD**
Case Name     **In re Robinhood Data Security Litigation**

Attorney(s) for Plaintiff(s):    Mason Barney/Philip Hines/Kevin Laukaitis/Sonal Jain
Attorney(s) for Defendant(s):    Alan Schoenfeld/Allison Que

Court Reporter: Ana Dub

Deputy Clerk: Lisa Clark

PROCEEDINGS

Motion to Appoint Counsel Hearing and Case Management Conference -- Held.

NOTES AND ORDERS

The Court discusses appointment of lead counsel for plaintiffs. Dkt. No. 41. The parties are directed to select a mediator by October 27, 2022. The motion to dismiss, Dkt. No. 38, is suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). A written order will be issued.