| | |
|---|---|
| Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>(650) 858-6007<br><br>Alan Schoenfeld (pro hac vice)<br>Alan.Schoenfeld@wilmerhale.com<br>Michael Bongiorno (pro hac vice)<br>michael.bongiorno@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>*Attorneys for Defendants Robinhood Markets, Inc.;*<br>*Robinhood Crypto, LLC;*<br>*Robinhood Financial LLC;*<br>*Robinhood Securities, LLC* | Mason A. Barney (pro hac vice)<br>mbarney@sirillp.com<br>Elizabeth A. Brehm (pro hac vice)<br>ebrehm@sirillp.com<br>Sonal Jain (pro hac vice)<br>sjain@sirillp.com<br>SIRI & GLIMSTAD LLP<br>200 Park Avenue, Seventeenth Floor<br>New York, NY 10166<br>(212) 532-1091<br><br>Kevin Laukaitis (pro hac vice)<br>klaukaitis@shublawyers.com<br>SHUB LAW FIRM LLC<br>134 Kings Hwy E 2nd Floor<br>Haddonfield, NJ 08033<br>Tel: (856) 772-7200<br><br>Philip M. Hines (pro hac vice)<br>phines@heldhines.com<br>Danielle A. Scott (pro hac vice forthcoming)<br>HELD & HINES, LLP<br>2004 Ralph Avenue<br>Brooklyn, New York 11234<br>Tel: (718) 531-9700<br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Robinhood Data Security Litigation | ) Case Number: 3:21-cv-08906-JD<br>)<br>) Assigned to the Hon. Judge James Donato<br>)<br>) **JOINT NOTICE OF SELECTION OF**<br>) **MEDIATOR**<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF SELECTION OF MEDIATOR**

This Joint Statement regarding Mediator Selection is filed in accordance with the Court's October 13, 2022 Order (Dkt. No. 57) requiring the Parties to inform the Court by October 27, 2022 of the selected mediator. Having met and conferred, the Parties have selected Bruce A. Friedman, Esq. of JAMS to mediate the case.

Dated: October 27, 2022    Respectfully submitted,

/s/ Kevin Laukaitis
KEVIN LAUKAITIS
*Attorneys for Plaintiffs and the Proposed Class*

Dated: October 27, 2022    /s/ Alan Schoenfeld
ALAN SCHOENFELD
*Attorneys for Defendants*