UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE ROBINHOOD DATA SECURITY LITIGATION | Case No. 21-cv-08906-JD |
|---|---|
| | **SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | April 3, 2023 |
| Fact discovery cut-off | July 31, 2023 |
| Expert disclosures | August 14, 2023 |
| Rebuttal expert disclosures | August 28, 2023 |
| Expert discovery cut-off | September 11, 2023 |
| Last day to file dispositive and *Daubert* motions | September 28, 2023 |
| Pretrial conference | February 15, 2024, at 1:30 p.m. |
| Jury Trial | March 4, 2024, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: March 8, 2023

_____
JAMES DONATO
United States District Judge