| | |
|---|---|
| SIRI & GLIMSTAD LLP<br>Mason A. Barney (*pro hac vice*)<br>mbarney@sirillp.com<br>Elizabeth A. Brehm (*pro hac vice*)<br>ebrehm@sirillp.com<br>Sonal Jain (*pro hac vice*)<br>sjain@sirillp.com<br>745 Fifth Avenue, Ste 500<br>New York, NY 10151<br>Tel: (212) 532-1091<br><br>SHUB LAW FIRM LLC<br>Jonathan Shub (*pro hac vice*)<br>jshub@shublawyers.com<br>134 Kings Hwy E 2nd Floor<br>Haddonfield, NJ 08033<br>Tel: (856) 772-7200<br><br>HELD & HINES, LLP<br>Philip M. Hines (*pro hac vice*)<br>phines@heldhines.com<br>2004 Ralph Avenue<br>Brooklyn, New York 11234<br>Tel: (718) 531-9700<br><br>*Counsel for Plaintiffs and Proposed Classes* | WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>Alan Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>Michael Bongiorno (*pro hac vice*)<br>michael.bongiorno@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br><br>Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel: (650) 858-6007<br><br>*Attorneys for Defendants Robinhood Markets, Inc.; Robinhood Crypto, LLC; Robinhood Financial LLC; Robinhood Securities, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re* Robinhood Data Security Litigation | Case No. 3:21-cv-08906-JD<br><br>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS<br><br>Judge: Hon. James Donato |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Rachael Barnett, Christina Lopez, and Karen Benoit hereby voluntarily dismiss their claims against Defendants Robinhood Markets, Inc., Robinhood Crypto, LLC, Robinhood Financial LLC, and Robinhood Securities, LLC, with each party to bear their own costs and expenses.

Dated:  July 10, 2023

                          SIRI & GLIMSTAD LLP

                          By:  */s/Mason A. Barney*
                          Mason Barney (*pro hac vice*)
                          Elizabeth A. Brehm (*pro hac vice*)
                          Sonal Jain (*pro hac vice*)

                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: July 10, 2023 By: */s/Mason A. Barney*
Mason A. Barney

## ATTORNEY ATTESTATION

I, Mason Barney, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: July 10, 2023 By: */s/Mason A. Barney*
Mason A. Barney